**Jaburg & Wilk, P.C.**
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
602.248.1000

Maria Crimi Speth (012574)
mcs@jaburgwilk.com
Aaron K. Haar (030814)
akh@jaburgwilk.com

Attorneys for Plaintiffs

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>NEAL FOSTER DUNCAN,<br>Debtor. | In Proceedings Under Chapter 7<br>Case No. 2:14-bk-11046-BKM<br>Adversary No.: 2:15-ap-00114-BKM |
| KIM BARTH & SCOT BARTH, a married couple,<br>Plaintiffs,<br>v.<br>NEAL DUNCAN, a married man,<br>Defendant. | **CORRECTED JOINT SCHEDULING ORDER**<br><br>(Assigned to Hon. Brenda K. Martin) |

Pursuant to this Court's Order dated May 4, 2016 (Doc. 39), Debtor/Defendant Neal Duncan and Plaintiffs Kim and Scot Barth jointly file the following Proposed Corrected Joint Scheduling Order:

1. Motions to amend: July 29, 2016
2. Expert witness disclosure –
   a. Areas of expert testimony: July 8, 2016
   b. Identify and opinions of experts: July 29, 2016
   c. Rebuttal expert opinions: September 2, 2016
3. Lay witness disclosure: October 28, 2016

4. Deadline to propound discovery under Rules 33–36: October 28, 2016

5. All depositions completed by: October 28, 2016

6. Completion of good faith settlement discussions: October 28, 2016

7. Final supplemental disclosure: December 9, 2016

8. Closure of all discovery: December 9, 2016

9. Filing dispositive motions: January 27, 2016

Approved as to Form this 5th day of May, 2016.

**Jaburg & Wilk, P.C.**

/s/ Aaron K. Haar
Maria Crimi Speth
Aaron K. Haar
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
Attorneys for Plaintiffs

**Hauf Law, PLC**

/s/ Adam E. Hauf (with permission)
Adam E. Hauf
4225 West Glendale, Ste A104
Phoenix, AZ 85051
Attorneys for Debtor/Defendant

*Certificate of Service*

I hereby certify that on the 5th day of May, 2016, I served by regular U.S. Mail, e-mail and electronic transmission the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Adam E. Hauf
Hauf Law, PLC
4225 West Glendale Avenue, Suite A104
Phoenix, Arizona 85051
Attorney for Debtor

U.S. Trustee
Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003

Adam Nach
Stuart Bradley Rodgers
Lane & Nach, P.C.
2001 East Campbell, Suite 103
Phoenix, Arizona 85016
Attorney for Trustee

S. William Manera
5110 North 44th Street
Building L, Suite L200
Phoenix, Arizona 85018
Trustee

/s/     Sharon L. Kuller